﻿Citation Nr: AXXXXXXXX
Decision Date: 11/27/19 Archive Date: 11/27/19

DOCKET NO. 190305-2608
DATE: November 27, 2019

REMANDED

Entitlement to service connection for a heart condition, to include as due to herbicide exposure, for purposes of accrued benefits, is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Navy from March 1966 to March 1970. He died in June 2019 and the appellant is his widow. She has been substituted in his claim for the purposes of accrued benefits. 

This appeal comes to the Board following a February 2019 rating decision which found that new and relevant information existed to warrant reopening the Veteran’s claim, which was then denied. The Veteran timely appealed this rating decision to the Board and requested the evidence submission review lane, allowing him 90 days to submit evidence pertinent to his claim. 

However, the Board finds a duty to assist error occurred prior to the February 2019 rating decision issued by the Regional Office (RO), such that remand is warranted to correct the deficiencies. VA’s duty to assist includes assisting the Veteran in the procurement of relevant records. 38 U.S.C. § 5103; 38 C.F.R. § 3.159 (c). Here, the RO failed to undertake any development concerning whether the vessels, to which the Veteran was assigned, were in the territorial waters of Vietnam, which has recently been held as included in the definition of the Republic of Vietnam. See Procopio v. Wilkie, 913 F.3d 1371, 1379 (Fed. Cir. 2019).

Certain listed medical conditions, such as coronary artery disease (CAD), may be granted service connection on a presumptive basis due to such exposure. 38 C.F.R. § 3.309 (e). The RO made the favorable finding below that the Veteran had a host of heart-related disabilities, to include CAD.

The record reflects that the Veteran served in the official waters of the Republic of Vietnam from January 31, 1967 to March 3, 1967, March 20, 1967 to April 18, 1967, April 28, 1967 to May 28, 1967, and from June 4, 1967 to June 21, 1967 aboard the USS Enterprise. He also served in the waters of the Republic of Vietnam aboard the USS Constellation at times between September 23, 1968 and March 1, 1970. Thus, the Board finds that further development is necessary to correct a duty to assist error below and determine whether these ships were within the 12 nautical mile territorial sea of Vietnam before a decision may be rendered in the instant case.

The matter is REMANDED for the following action:

Obtain any necessary, outstanding military personnel records and determine whether the Veteran was within the 12 nautical mile territorial sea of Vietnam during his period of active service. 

(Continued on the next page)

 

It has been determined that the Veteran served aboard the USS Enterprise in the official waters of the Republic of Vietnam from January 31, 1967 to March 3, 1967, March 20, 1967 to April 18, 1967, April 28, 1967 to May 28, 1967, and from June 4, 1967 to June 21, 1967, and aboard the USS Constellation from September 23, 1968 through March 1, 1970.

 

 

R. FEINBERG

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Jeremy J. Olsen, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.